UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-5642-CAS(KSx) | Date | June 29, 2018 |
|---|---|---|---|
| Title | *CARRIE BEETS v. MOLINA HEALTHCARE, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

This action has been reassigned to the **HONORABLE CHRISTINA A. SNYDER**, United States District Judge.  Please substitute the initials **CAS** in place of the initials AB.  The case number will now read: CV16-5642-CAS(KSx).  Henceforth, **it is imperative** that the initials **CAS** be used on all documents to prevent any delays in processing.  Judge Snyder's courtroom deputy clerk is Catherine Jeang and can be reached at (213) 894-3433.  Judge Snyder's courtroom is located on the 8th floor of the United States Courthouse, located at 350 West First Street, Courtroom No. 8D.

The Scheduling Conference, presently set on July 6, 2018, at 10:00 A.M. is continued to **July 9, 2018** at **11:00 A.M. (P.S.T.)**.

The Court requires that mandatory copies of electronically filed documents be delivered to the judge's mail box, outside the Clerk's Office on the 4th floor of the First Street Courthouse, no later than 12:00 p.m. on the first court day following the date when the documents are required to be filed.  Moreover, in all cases asserting claims under the antitrust laws, the patent laws or federal securities laws, and in such specific cases as may be designated by the Court, counsel must deliver to chambers two (2) mandatory copies of all documents that are electronically filed.  Mandatory copy documents shall include tabs to separate exhibits, declarations, etc., where applicable.  Furthermore, mandatory copies shall be 2-hole punched and the efile notification date shall be visible on or as the first page.

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-5642-CAS(KSx) | Date | June 29, 2018 |
|---|---|---|---|
| Title | *CARRIE BEETS v. MOLINA HEALTHCARE, INC.* | | |

In addition and as a reminder, all proposed orders, judgments, etc. shall be emailed in "Word" or "Wordperfect" format to the Courtroom Deputy Clerk at:

CAS_Chambers@cacd.uscourts.gov

Please review our website for Judge Snyder's Procedures at: www.cacd.uscourts.gov

cc:   Counsel

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |