**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              fklorczyk@bursor.com

*Attorneys for Plaintiff*

**BOIES SCHILLER FLEXNER LLP**
Quyen L. Ta (CA SBN 229956)
QTa@bsfllp.com
Kaitlyn M. Murphy (CA SBN 293309)
KMurphy@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1209 / Fax: (510) 874-1460

Kathleen Hartnett (CA SBN 314267)
KHartnett@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Tel: (650) 798-3508 / Fax: (510) 874-1460

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>                    Defendant. | Case No.  16-cv-05642-CAS-KS<br><br>**STIPULATION REGARDING CLASS CERTIFICATION SCHEDULE**<br><br>Hon. Christina A. Snyder |

WHEREAS, the Court held a scheduling conference on July 9, 2018.

WHEREAS, the Court ordered the parties to meet and confer regarding a proposed schedule for Plaintiff's motion for class certification with the motion being heard no later than June 2019.   Dkt. No. 61.

WHEREAS, the parties have met and conferred and agreed to a schedule.

NOW, THEREFORE, the parties stipulate to the following schedule, subject to the Court's approval:

1. Plaintiff's Motion for Class Certification due on **February 22, 2019**.
2. Defendant's Opposition to Plaintiff's Motion for Class Certification and *Daubert* motions due on **April 18, 2019**.
3. Plaintiff's Reply in Support of Motion for Class Certification, opposition to Defendant's *Daubert* motions and Plaintiff's *Daubert* motions due on **May 17, 2019**.
4. Defendant's *Daubert* reply brief and opposition to Plaintiff's *Daubert* motions due on **June 5, 2019**.
5. Plaintiff's *Daubert* reply brief due on **June 14, 2019**.
6. Hearing on Plaintiff's Motion for Class Certification and any *Daubert* motions on **June 24, 2019 at 10:00 a.m.**

The parties have also agreed that **January 21, 2019** shall be the last day to hear a motion to amend the pleadings or add parties.

IT IS SO STIPULATED.

Dated:  July 23, 2018                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/L. Timothy Fisher*_____
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk (State Bar No. 320783)

|   |   |
|---|---|
| | 1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
       fklorczyk@bursor.com

*Attorneys for Plaintiff* |
| Dated: July 23, 2018 | By:     /s/*Kathleen Hartnett*
            Kathleen Hartnett

**BOIES SCHILLER FLEXNER LLP**
Quyen L. Ta (CA SBN 229956)
QTa@bsfllp.com
Kaitlyn M. Murphy (CA SBN 293309)
KMurphy@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000 / Fax: (510) 874-1460

Kathleen Hartnett (CA SBN 314267)
KHartnett@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Tel: (650) 798-3508 / Fax: (510) 847-1460

*Attorneys for Defendant* |

### ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

           */s/ L. Timothy Fisher*
            L. Timothy Fisher