**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         fklorczyk@bursor.com
         treyda@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>　　　　　　　　Defendant. | Case No.  16-cv-05642-CAS-KS<br><br>**[PROPOSED] ORDER MODIFYING THE SCHEDULE**<br><br>Date:  February 25, 2019<br>Time:  10:00 a.m.<br>Courtroom 8D<br><br>Hon. Christina A. Snyder |

THE COURT, having considered the Plaintiff's Motion for Modification of the Scheduling Order and good cause appearing, HEREBY ORDERS THAT:

1. The deadline for Plaintiff to file her motion for class certification shall be extended from February 22, 2019, to May 24, 2019.
2. The deadline for Defendant's Opposition to Plaintiff's Motion for Class Certification and Daubert motions shall be extended from April 18, 2019 to July 19, 2019.
3. The deadline for Plaintiff's Reply in Support of Motion for Class Certification, opposition to Defendant's Daubert motions and Plaintiff's Daubert motions shall be extended from May17, 2019 to August 16, 2018.
4. The deadline for Defendant's Daubert reply brief and opposition to Plaintiff's Daubert motions shall be extended from June 5, 2019 to September 4, 2019.
5. The deadline for Plaintiff's Daubert reply brief shall be extended from June 14, 2019, to September 13, 2019
6. Hearing on Plaintiff's Motion for Class Certification and any Daubert motions on September 23, 2019 at 10:00 a.m.

DATE: _____ _____

Christina A. Snyder
United States District Judge