**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk (State Bar No. 320783)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         fklorczyk@bursor.com
         treyda@bursor.com

*Attorneys for Plaintiff*

**BOIES SCHILLER FLEXNER LLP**
Quyen L. Ta (CA SBN 229956)
QTa@bsfllp.com
Kaitlyn M. Murphy (CA SBN 293309)
KMurphy@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1209 / Fax: (510) 874-1460

Kathleen Hartnett (CA SBN 314267)
KHartnett@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Tel: (650) 798-3508 / Fax: (510) 874-1460

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>Defendant. | Case No.  16-cv-05642-CAS-KS<br><br>**STIPULATION TO SHORTEN TIME FOR PLAINTIFF'S MOTION FOR MODIFICATION OF THE SCHEDULING ORDER**<br><br>Hon. Christina A. Snyder |

WHEREAS, on January 21, 2019, Plaintiff filed a motion for modification of the scheduling order ("Motion") to extend Plaintiff's deadline to file her motion for class certification from February 22, 2019 to May 24, 2019 (Dkt. 67);

WHEREAS, the Court is closed on February 18, 2019;

WHEREAS, the currently noticed hearing date for Plaintiff's Motion is February 25, 2019, which occurs after Plaintiff's current deadline to file her motion for class certification;

WHEREAS, the parties have met and conferred and agreed to a shortened briefing schedule and hearing date for Plaintiff's Motion.

NOW, THEREFORE, the parties stipulate to the following schedule, subject to the Court's approval:

1. Defendant's opposition to Plaintiff's Motion to is due on **January 31, 2019**.

2. Plaintiff's reply in support of the Motion is due on **February 4, 2019**.

3. Hearing on Plaintiff's Motion on **February 11, 2019 at 10:00 a.m.**

IT IS SO STIPULATED.

Dated:  January 23, 2019                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk (State Bar No. 320783)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            fklorczyk@bursor.com
            treyda@bursor.com

*Attorneys for Plaintiff*

Dated: January 23, 2019

**BOIES SCHILLER FLEXNER LLP**

By: _____/s/*Kathleen Hartnett*_____
         Kathleen Hartnett

Quyen L. Ta (CA SBN 229956)
QTa@bsfllp.com
Kaitlyn M. Murphy (CA SBN 293309)
KMurphy@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000 / Fax: (510) 874-1460

Kathleen Hartnett (CA SBN 314267)
KHartnett@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Tel: (650) 798-3508 / Fax: (510) 847-1460

*Attorneys for Defendant*

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

_____*/s/ L. Timothy Fisher*_____
         L. Timothy Fisher