UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:16-cv-05642-CAS-KSx                                              Date:   January 29, 2019

Title   *Carrie Beets v. Molina Healthcare, Inc.,*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Chris Silva | XTR 01-29-19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frederick John Klorczyk , III<br>Thomas Andrew Reyda | Kathleen Roberta Hartnett<br>Quyen Le Ta<br>Kaitlyn Murphy |

**Proceedings:   MINUTES OF PRE-MOTION TELEPHONIC RE: DISCOVERY DISPUTE**

     Case called.  Counsel state appearances.  The Court hears argument from counsel.  After further discussion,  the Court directs that Plaintiff may file a motion to compel in the joint stipulation format pursuant to Local Rule 37-2.1.  The parties shall attach to the motion the specific requests for production and responses to those requests at issue.  The motion may be set for hearing in accordance with this Court's Procedures and Schedules, which are located on the Court's website at http://www.cacd.uscourts.gov/honorable-karen-l-stevenson.

**IT IS SO ORDERED.**

                                                                 0 :22

**Initials of Preparer**       CSI