|   |   |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Frederick J. Klorczyk III (State Bar No. 320783) |
| 3 | Thomas A. Reyda (State Bar No. 312632) |
|   | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 5 | Facsimile: (925) 407-2700 |
|   | E-Mail:  ltfisher@bursor.com |
| 6 |           fklorczyk@bursor.com |
|   |           treyda@bursor.com |
| 7 |   |
| 8 | *Attorneys for Plaintiff* |
|   |   |
| 9 | **BOIES SCHILLER FLEXNER LLP** |
|   | Quyen L. Ta (CA SBN 229956) |
| 10 | QTa@bsfllp.com |
|   | Kaitlyn M. Murphy (CA SBN 293309) |
| 11 | KMurphy@bsfllp.com |
|   | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA 94612 |
| 13 | Tel: (510) 874-1209 / Fax: (510) 874-1460 |
|   |   |
| 14 | Kathleen Hartnett (CA SBN 314267) |
|   | KHartnett@bsfllp.com |
| 15 | 435 Tasso Street, Suite 205 |
|   | Palo Alto, CA 94301 |
| 16 | Tel: (650) 798-3508 / Fax: (510) 874-1460 |
| 17 |   |
|   | *Attorneys for Defendant* |
| 18 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MOLINA HEALTHCARE, INC., <br><br> Defendant. | Case No. 2:16-cv-05642-CAS-KSx <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** <br><br> Hon. Christina A. Snyder |

## [PROPOSED] ORDER

Having reviewed the materials provided, and good cause appearing, the status conference scheduled for March 4, 2019 at 11:00 a.m., (ECF No. 77) shall be continued to Monday, April 8, 2019 at 11:00 a.m.

IT IS SO ORDERED.

Dated: March 1, 2019

HON. CHRISTINA A. SNYDER
United States District Court Judge