| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Frederick J. Klorczyk (State Bar No. 320783) |
| 3 | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 5 | Facsimile: (925) 407-2700 |
|   | E-Mail: ltfisher@bursor.com |
| 6 | fklorczyk@bursor.com |
| 7 | *Attorneys for Plaintiff* |
| 8 | **BOIES SCHILLER FLEXNER LLP** |
|   | Quyen L. Ta (CA SBN 229956) |
| 9 | Kathleen Hartnett (CA SBN 314267) |
| 10 | 44 Montgomery St., 41st Floor |
|    | San Francisco, CA 94104 |
| 11 | Telephone: (415) 293-6800 |
|    | Facsimile: (415) 293-6899 |
| 12 | E-Mail: QTa@bsfllp.com |
| 13 | KHartnett@bsfllp.com |
| 14 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated, | Case No. 16-cv-05642-CAS-KS |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| MOLINA HEALTHCARE, INC., | |
| Defendant. | Hon. Christina A. Snyder |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 16-CV-05462-CAS-KS

1
2
3
4
5
6

Plaintiff Carrie Beets and Defendant Molina Healthcare, Inc., by and through their respective attorneys, HEREBY STIPULATE AND AGREE that pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses her claims in this action against Defendant with prejudice.  Each party agrees to bear its respective attorneys' fees and costs.

7   Dated:  July 16, 2019                         Respectfully submitted,

8                                                 **BURSOR & FISHER, P.A.**

9
10                                                By:   /s/ *Frederick J. Klorczyk III*
                                                        Frederick J. Klorczyk III

11
12                                                L. Timothy Fisher (State Bar No. 191626)
                                                  Frederick J. Klorczyk III (State Bar No. 320783)
13                                                1990 North California Blvd., Suite 940
                                                  Walnut Creek, CA  94596
14                                                Telephone: (925) 300-4455
                                                  Email:  ltfisher@bursor.com
15                                                         fklorczyk@bursor.com

16
                                                  *Attorneys for Plaintiff*
17

18  Dated: July 16, 2019                          **BOIES SCHILLER FLEXNER LLP**

19
                                                  By:   /s/*Kathleen Hartnett*
20                                                       Kathleen Hartnett

21                                                Quyen L. Ta (CA SBN 229956)
                                                  Kathleen Hartnett (CA SBN 314267)
22                                                44 Montgomery St., 41st Floor
                                                  San Francisco, CA 94104
23                                                Telephone: (415) 293-6800
                                                  Facsimile: (415) 293-6899
24                                                E-Mail: QTa@bsfllp.com
                                                          KHartnett@bsfllp.com
25

26                                                *Attorneys for Defendant*
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

            */s/ Frederick J. Klorczyk III*
            Frederick J. Klorczyk III