**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
           fklorczyk@bursor.com
           treyda@bursor.com

JS-6

*Attorneys for Plaintiff*

**BOIES SCHILLER FLEXNER LLP**
Quyen L. Ta (CA SBN 229956)
Kathleen Hartnett (CA SBN 314267)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
E-Mail: QTa@bsfllp.com
         KHartnett@bsfllp.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BEETS, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>       v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>                      Defendant. | Case No.  16-cv-05642-CAS-KSx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Christina A. Snyder |

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT Plaintiff

1  Carrie Beets' individual claims are dismissed with prejudice, and the claims of
2  putative class members are dismissed without prejudice, with the parties to bear their
3  respective fees and costs, except as otherwise provided by written agreement.
4     IT IS SO ORDERED.

6  Dated: July 17, 2019

*[signature]*

HON. CHRISTINA A. SNYDER
United States District Court Judge